# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STEEL, PAPER AND FORESTRY, )
RUBBER, MANUFACTURING, ENERGY, )
ALLIED INDUSTRIAL AND SERVICE )
WORKERS INTERNATIONAL UNION, ) Civil Action No.
AFL-CIO, CLC, )
)
       Plaintiff, )
)
v. )
)
SAINT-GOBAIN NORTH AMERICA; )
SAINT-GOBAIN PERFORMANCE PLASTICS; )
SAINT-GOBAIN ABRASIVES; SAINT-GOBAIN )
CERAMICS & PLASTICS; AND CORHART )
REFRACTORIES, )
)
       Defendants. )

## DECLARATION OF RICK SAUER

I make the following declaration in accordance with 28 U.S.C. § 1746, subject to the penalties of perjury:

1.     My name is Rick Sauer. I am over eighteen (18) years of age, and fully competent to make this declaration, have personal knowledge of the facts below, and would and could testify to them if called upon to do so.

2.     I am employed by the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO/CLC ("USW" or "Union") as an International Staff Representative. I have served as an International Staff Representative since 2016. As an International Staff Representative, I am assigned service responsibilities for a number of USW bargaining units. These responsibilities include negotiating collective bargaining agreements, handling grievances, arbitrating grievances, and

1

generally advising and assisting local union officers in the administration of collective bargaining agreements.

3.    One of my servicing assignments is the bargaining unit of production and maintenance employees at Saint-Gobain Abrasives ("Company"), located in Watervliet, New York. This bargaining unit is also represented by USW Local 17. I have been the International Staff Representative working with this bargaining unit since 2016. As the International Staff Representative with this assignment, I was lead negotiator for the current collective bargaining agreement ("CBA") between the Company and the Union. A true and complete copy of relevant excerpts of the CBA is attached herein as Exhibit 1. The CBA is effective from May 1, 2024, to April 30, 2027, and can be extended beyond that date. Ex. 1, p. 1.

4.    Article III of the CBA is the Grievance and Arbitration procedure. Ex. 1, p. 3-4. There are five steps in the procedure, with arbitration as Step 5. *Id.*

5.    Article X of the CBA is entitled "Retirement Plan." Ex. 1, p. 14-16. Article X, Section 3(B)(3) of the CBA provides that "[a]t age 65, retiree and spouse will be offered a Medicare Supplement Program, including a Comprehensive Pharmacy Program." Ex. 1, p. 15.

6.    The Company did, in fact, provide comprehensive group medical and drug coverage to retirees and has provided the same comprehensive group medical and drug coverage since at least May 1, 2024, the effective date of the CBA.

7.    On March 2, 2026, the Company mailed letters retirees receiving the post-65 retiree medical coverage informing them of significant changes to their retiree healthcare benefits. A true and complete copy of the letter is attached as Exhibit 2.

8. On March 2, 2026, the Company also mailed letters to future retirees informing them of changes to their future retiree healthcare benefits. A true and complete copy of the letter is attached as Exhibit 3.

9. These letters stated that the Company has contracted with a healthcare marketplace called Via Benefits where Medicare-eligible retirees will have to shop for and purchase their own Medicare Advantage, Medicare Supplement, Medicare prescription drug plan, vision coverage, and/or dental coverage. Ex. 2 and Ex. 3. The Company stated in the letters that it will establish Health Reimbursement Accounts (HRAs) for each participant only if they purchase coverage through Via Benefits. *Id.*

10. Retirees have always received their benefits through the Company-provided comprehensive plans. They have never had to purchase their own benefit plans before.

11. The Company did not inform the USW or USW Local 17 about this change in retiree healthcare benefits. After members and retirees received the letter they began calling me and expressing concerns.

12. The Union believes that the Company's proposed changes violate Article X, Section 3(B)(3). On March 30, 2026, the President of USW Local 17 filed Grievance No. 2026-01 over the Company's announced changes. A true and complete copy of the Grievance No. 2026-01 is attached herein as Exhibit 4.

13. On April 13, 2026, the Company provided a Step 3 response to Grievance No. 2026-01, denying the grievance. *See* Ex. 4.

14. On April 14, 2026, the Company asked the USW if it would agree to hold the grievance in abeyance pending a presentation by the Company, which the Company stated

3

would demonstrate how the Company is going to abide by the CBA language. The USW agreed and the meeting was held on April 30, 2026.

15.     At the start of the meeting, a Company representative from Saint-Gobain North America stated that the Company is adhering to the CBA language because the Company is simply changing the plan administrator, which is not a violation of the CBA. I do not agree that the change the Company intends to make is simply a change to the plan administrator. Based on the letters sent to current and future retirees and the Company's presentation, the Company is terminating the comprehensive insurance policy which is currently providing benefits directly to retirees. Now, the Company will provide a fund to reimburse retirees for healthcare costs, capped at an annual amount, if retirees go online to a private marketplace and purchase their own insurance. I do not agree with the Company's characterization that this is a change in plan administrators.

16.     According to the letter sent on March 2, 2026, "Saint-Gobain's current group Medicare Advantage coverage for post-65 retirees and eligible dependent(s) will end on May 31, 2026." Ex. 2. The letter also states that retirees "must enroll in one of the Via Benefits marketplace medical plans between March 2 to May 31, 2026 to be eligible for the HRA funding." *Id.* And that "[e]nrolling by the deadline ensures your health care coverage continues without interruption." *Id.*

17.     During the meeting on April 30, 2026, the Union asked how many current post-65 retirees have enrolled in one of the Via Benefits marketplace medical plans. The Company responded the same day and provided a screenshot with some information. A true and complete copy of the screenshot provided by the Company is attached herein as Exhibit 5. To the best of my knowledge, this screenshot shows that there are 111 current post-65 retirees from the

4

Watervliet facility. *Id.* As of April 30, 2026, only 47 of those have enrolled in the Via Benefits program. *Id.* I am concerned that 67 current retirees are at risk of losing their medical and prescription drug coverage on June 1, 2026, because of the Company's actions.

18.    I informed the Company on May 4, 2026, that the USW continues to believe the Company is violating the CBA language and I appealed Grievance 2026-1 to Step 4 of the grievance procedure. I expect the Company to continue denying the grievance and I intend to pursue it to arbitration.

19.    I am responsible for arbitrating the Union's grievances with the Company. Typically, a grievance that progresses to arbitration under the CBA takes eight to twelve months to resolve, and often may take longer. That timeline will mean that the Company's proposed changes will occur before an arbitration award can issue. Retirees risk entirely losing their healthcare benefits if they do not sign up for coverage through Via Benefits. Even if they manage to enroll in coverage, they will potentially bear financial, administrative, and emotional burdens. They will be at risk of not receiving or not being able to afford needed medical treatment and prescriptions, ultimately putting their lives at risk. These harms will be irreparable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: May 4th, 2026

Rick Sauer

# EXHIBIT 1

## AGREEMENT ON WAGES AND WORKING CONDITIONS

### EFFECTIVE May 1, 2024 to April 30, 2027

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**AGREEMENT ON WAGES AND WORKING CONDITIONS** made and entered into as of the 1st day of May 2024 by and between Saint-Gobain Abrasives, located at 2600 Tenth Ave., Watervliet, New York (hereinafter referred to as the "Company") or its successor at this location, and the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial, and Service Workers International Union on behalf of its Troy Local No. 17 (hereinafter referred to as the "Union"), by and through:

David R. McCall
John Shinn
Emil Ramirez
Kevin Mapp
David Wasiura
. Rick Sauer
Francis Volks
Richard Hennessy
John Fecura
Justin Oreshan

Said officers and Committee representing Troy Local No. 17 United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial, and Service Workers International Union, duly authorized and empowered to enter into this agreement as the Union.

IT IS HEREBY mutually agreed as follows:

### ARTICLE I    EFFECTIVE DATE, MODIFICATION AND TERMINATION

**Section 1.    Effective Date and Term:**    This agreement shall take effect as of May 1, 2024 and shall continue in effect to and including April 30, 2027, and from year to year thereafter until terminated as hereinafter provided.

**Section 2.    Modification:**    If either the Company or the Union desires to modify this Agreement it shall, at least sixty (60) days prior to May 1, 2027, or May 1 of any subsequent year, give notice in writing to the other party of its desire to modify.

**Section 3.    Termination of Agreement:**    If notice or desire to modify has been given in accordance with Section 2 of this Article, this Agreement may be terminated by either party by giving the other party ten (10) days written notice of termination on or after the May 1 next following the giving of such notice of desire to modify.

### ARTICLE II    RECOGNITION AND UNION MEMBERSHIP

**Section 1.    Recognition:**

(a)    The Company recognizes the Union as the exclusive bargaining agent in respect to wages, hours, working conditions and other terms and conditions of employment for all employees in the job classifications listed in Exhibit "A".
(b)    Any employee selected to fill a non-bargaining unit position shall remain a member of the bargaining unit for a period of 90 days from date of assignment.

1

**Section 8.**    Steelworker Political Fund: Employees may elect to contribute to the USW Political Action Fund through payroll deduction. Employees may elect this contribution by completing an authorization form provided by the Union. Employee voluntary elections will be transmitted to the Treasurer of the USW Political Action Committee.

## ARTICLE III    GRIEVANCES AND ARBITRATION

**Grievance Procedure:** To provide for the handling of disputes between the parties under the terms of the collective bargaining agreement, the procedures are set forth below:

A grievance must be presented within forty five (45) business days (Monday through Friday, excluding holidays) that the alleged violation occurred, or when the Employee and/or Union learned or reasonably should have learned of the alleged violation, not to exceed sixty (60) days from the date of the alleged violation. If not, the grievance is not valid and will not be processed.

> **Note:** Discussion under the employee communication procedure within this timeframe will protect an employee's right to file a grievance.

**Step 1:**    The employee shall try to settle his/her complaint informally and personally with his/her immediate supervisor.

**Step 2:**    If the complaint is not settled, the employee and his/her committeeman will meet with the supervisor and try to settle the complaint informally.

**Step 3:**    If after Step 2 the complaint is not settled, a grievance will be written up in detail by the employee and/or his/her Union representative on forms provided and referred to the Human Resources department for documentation. A meeting will be called within five (5) working days with the Manager of Human Resources/Labor Relations, the Shop Chairperson, and the grievant. The Shop Chairperson may designate one additional committeeperson or his designee from the grievant's Major Department only. The Company must respond in writing within seven (7) working days following the third step.

**Step 4:**    If unresolved within seven (7) working days following the third step, the grievance will be referred to the Plant Manager and the President of the Union and a meeting will be called within five (5) working days. Both may designate persons from the preceding steps and witnesses to attend this discussion. The Company must respond in writing within ten (10) working days following the fourth step.

**Step 5:**    If within ten (10) working days after the fourth step answer has been recieved the matter has not been settled on a mutually satisfactory basis, an arbitrator shall be selected as follows:

A. The Federal Mediation and Conciliation Service shall be requested to submit a panel of arbitrators that are dually certified with the American Arbitration Association for consideration of the parties.

B. The Federal Mediation and Conciliation Service shall appoint an arbitrator according to their rules.

C. The arbitrator appointed in step B above shall conduct a hearing and render a decision that will be binding upon both parties and shall be complied with within five (5) working days after the decision is rendered.

D. Fees and expenses of the arbitrator shall be borne equally by both parties. Expenses of witnesses or other expenses shall be paid by the party calling the witnesses or incurring the expense.

Where the use of working time is necessary for these purposes, permission to use it must be obtained in advance from the supervisor in charge of the department. Grievances may not be presented or discussed in such a manner as to cause unnecessary disturbance of work or production. In steps one (1) through five (5), the Company shall pay employees involved for time lost on their own shifts for the settlement of

3

grievances. Employees called by the Company to meet in the settlement of grievances at hours other than their regular shift will receive an allowance equal to their straight time pay for the scheduled meeting.

In Step five (5), the Company agrees to pay for a maximum of four (4) Union members attending the arbitration hearing. These employees attending the hearing will be paid for time lost on their own shift. Employees attending at hours other than their regular shift will receive an allowance equal to their straight time pay for the time in attendance.

The Company agrees to pay Union representatives for all time spent in any meeting with the Company, provided such meeting has been agreed to by the Company. Such meeting time will be considered as hours worked for the purpose of computing overtime pay.

Failure of the Company to comply with the time limits will result in the grievance being settled in favor of the grievant. Failure of the Union to comply with the time limits will result in the forfeiture of the grievance.

## ARTICLE IV    Wages

**Section 1.    Rate Schedule:**    The rates shown in the attached wage schedules are those in effect May 1, 2024 through May 1, 2027.

**Section 2.    Job Classification Plans:**    The Saint-Gobain-Watervliet Operator Job Classification Plan shall be used to establish rates for all jobs listed in Exhibit "A", except where the Plan by its nature is not applicable, such as lead person and painters.

The Company and the Union agree to establish an initial wage scale for any jobs that result from the relocation of equipment into the Watervliet Facility.

The plan will be administered by a joint committee consisting of the union chairperson, two other permanent union members, the Company chairperson and the manager of the major department involved or their designee.

At any time, consideration for classification may be requested by members of the joint committee in the event that there has been a major change or an accumulation of minor changes in the nature of an existing job or a new job has been established. The Company and Union may each submit a maximum of 15 jobs for consideration during each contract year. These requests will indicate the changes that have occurred since the last or initial evaluation, the degree and points for each factor and the jobs that were used for comparative purposes. When jobs are submitted for a re-rate and an increase in rate shall result, such an increase shall, in the event of a major change, be retroactive to the date of the change.

In the event of an accumulation of minor changes, the rate will be retroactive to the date the job was submitted in writing for a re-rate. Minor changes that occurred prior to May 1, 1973 will not be considered in any reevaluations.

Employees in jobs that are reevaluated downward will retain the original rate of the job for a period of six months at which time they either accept the new rate or become subject to the rate incumbency plan.

Newly created jobs will be rated as soon as they are established and will be bid permanently. All jobs submitted for reclassification will be subject to a methods study to provide any information possible for use in the evaluation.

Such reclassification or classification shall be made only after the conditions, responsibilities and performance requirements of the job have been determined and stabilized. The procedures established in the Saint-Gobain-Watervliet Job Classification Plans shall prevail.

4

(b)      When time off is granted to those employees entitled to more than two weeks' vacation, such additional vacation is to be taken at a time approved by the Company during the contract year and not necessarily consecutive to scheduled shutdown weeks.

(c)      For the purposes of this article, "Contract Year" means the period:

May 1, 2024 to April 30, 2025
May 1, 2025 to April 30, 2026
May 1, 2026 to April 30, 2027

as may be appropriate in the context.

**Section 3.**      **Vacation Pay at Termination:**      Employees separated due to layoff shall receive vacation pay earned. Upon death of an employee, vacation pay earned shall be paid to the beneficiary as designated for the purposes of the Group Life Insurance Program or such other person as may be designated in writing. Employees who quit or who are discharged and have one or more years of service at the time of termination shall receive vacation pay earned.

Termination vacation pay earned will be at the rate of 1/12th of his vacation pay as regularly computed for each full month worked during the present contract year. Completion of fifteen (15) or more calendar days in a month shall constitute credit for a full month.

Vacation pay shall be based on the employee's permanent rate in effect on the day prior to termination and calculated in accordance with Article IX, Section 1.

**Section 4.**      **Use of Vacation Days**

(a)   Employee's eligible for more than two (2) weeks of vacation may schedule the balance of their vacation one day at a time provided the employee receives approval from their immediate supervisor or other person as designated by the company, 24 hours in advance.

(b)   Employees eligible for more than two (2) weeks of vacation may be allowed to accept pay in lieu of time off. It is understood that all employees are required to take the first two (2) weeks of their vacation as time off per mutual agreement.

**ARTICLE X      RETIREMENT PLAN**

**Section 1.**      An amended Retirement Plan has been negotiated and becomes effective May 1, 2006, and is to remain in force until April 30, 2009. The amended Retirement Plan is governed by a separate contract between the Company and the Union, to which is attached the controlling "Rules and Regulations". The Company and Union agree to the Saint-Gobain "Unified Pension Plan" for all newly hired employees after May 1, 1983.

**Retirement Accumulation Plan (RAP):** Employees hired on or after January 1, 2010 will be enrolled in the Saint-Gobain Retirement Accumulation Plan (RAP).

**Section 2.**      **PENSION**

**Who Administers the Benefit?:**            Saint-Gobain Corporation
Malvern, PA

**Who is Eligible for this Benefit?**

Employees **hired prior** to May 1, 1983 who have completed 10-years of continuous service.
Employees **hired after** May 1, 1983 who have completed 5-years of continuous service.

14

Employees **hired** after January 1, 2010 who have completed 3-years of continuous service.

**What is the Benefit?**      The retirement income program (RIP) provides a monthly annuity at retirement. The Company offers two retirement income programs for the Factory/Union employees; based on their date of hire (or adjusted seniority date), the factory employee will be enrolled in one of these two plans providing he/she meets the eligibility requirements.

Employees **hired prior to May 1, 1983** are enrolled in the prior factory retirement program:

1)      Effective May 1, 2021 the pension will be based on $56.00 per year of service

Employees **hired after May 1, 1983** are enrolled in the Unified pension program for factory employees. The benefit is based on their years of service and their five highest (60 consecutive months) years of earnings during last 10 years of employment.

**Section 3. Retiree Benefits**

A.  Eligibility for Retiree Medical and Life Insurance. An employee must be hired prior to January 1, 2004; must have reached age 50; and must have a minimum of 10 years of service to be eligible for medical and life insurance as a retiree. Retiree contributions for medical are based on whether the employee had less than 85 points at the time of retirement. Employees hired on or after January 1, 2004 will not be eligible for retiree medical or life insurance benefits upon retirement.

   1.  For Employees with 85 points (age and service): The Company will fund 100% of the cost of the medical insurance for the employee and current spouse at retirement and will fund 100% of the cost of the life insurance for the Employee at retirement.  The basic life insurance benefit the Employee has at the time of retirement will remain the same until age 65.

   2.  For Employees with less than 85 points (age and service): The Company will fund 20% of the cost of the medical insurance for the employee and Current spouse at retirement and 100% of the cost of life insurance for the Employee at retirement. The basic life insurance benefit theEmployee has at the time of retirement will remain the same until age 65.

B.      BENEFITS

   1.  Employees hired before January 1, 2004 who retired on or after May 1, 2006 and before May 1, 2009, who are under the age of 65 and are eligible to receive Retiree Health Care/Pharmacy Benefits as outlined in the Avid Care 10 Schedule of Benefits in effect on May 1, 2006, or a plan with equal benefits, will be considered a frozen plan for retirees under age 65.

   2.  Employees hired before January 1, 2004 who retired on or after May 1, 2009, who are under the age of 65 and are eligible to receive Retiree Health Care/Pharmacy Benefits will be enrolled in the same medical/ pharmacy plans as the active employees.  All future benefit design changes that apply to the active employees will also be applicable to those retiring on or after May 1, 2009.

   3.  At age 65, retiree and spouse will be offered a Medicare Supplement Program, including a Comprehensive Pharmacy Program.  At age 65 the retiree's life insurance benefit will be reduced to Seven Thousand Dollars ($7,000).

**How is the Benefit Obtained?**            Employees may elect normal or early retirement by contacting Human Resources. Retirement requests should be made at least three (3) months prior to the

15

desired retirement date. Employees enrolled in the prior factory pension program (those hired prior to May 1, 1983) may retire at age 50 without an early retirement reduction provided their age and years of service total 85-points. Employees enrolled in the Unified factory pension plan (those hired after May 1, 1983) may retire at age 62 without an early retirement reduction in their pension benefit provided their age and years of service total 85-points.

The RIP provides all married, vested, active participants with a form of protection called a "50% pre-retirement survivor annuity". Under this form of protection, if the employee should die before retirement, while actively employed, his or her surviving spouse will receive 50% of the monthly pension the employee would have received if he or she had retired on the day before the date of death. Unmarried, vested, active employees are provided with a form of protection called a "5-year Certain" option. There is no charge to the employee for either one of these protections.

Active employees who are at least age 50 with at least 10-years of vesting service, or an employee with at least 20-years of vesting service regardless of their age, may elect to provide another form of protection to his/her survivors if he/she should die before retirement. These forms of protection are not available to employees who do not meet the aforementioned age/service criteria. The cost of these optional forms of protection result in a reduction to the pension you, your spouse or your beneficiary may ultimately receive. These options are in effect only until your actual date of retirement at which time you will be given an opportunity to select a post-retirement survivor protection option.
Forms to make the elections and to designate or change beneficiaries are available from the Human Resource Office.

**Special Rules and Conditions Regarding this benefit:**          This is only a summary of the Retirement Income Program. In all cases, the terms and conditions in the Plan document will prevail over any assertions in this document.

### ARTICLE XI          FLEX BENEFITS PROGRAM AND WORKERS COMPENSATION

### Section 1. Flexible Benefits Program

Effective January 1, 2025, the Company will provide the Saint-Gobain Flexible Benefit Program to all eligible regular full-time Bargaining Unit employees through the term of the agreement.

  A. The menu of options available to the Bargaining Unit employees will be the same menu of options provided to salaried non-Bargaining Unit employees, with the following exceptions:

   i.   Bargaining Unit employees shall have a Basic Life Insurance benefit of $65,000 which is 100% funded by the Company through the term of the agreement.

   ii.  Bargaining Unit employees shall have an Accidental Death & Dismemberment benefit of $65,000 which is 100% funded by the Company through the term of the agreement.

  B. The Company will fund 80% of the low cost medical plan, inclusive of pharmacy at the low cost standard rate. The Company will fund 80% of the low cost dental plan.

  C. Newly hired employees will be eligible to participate in the Saint-Gobain Benefits program 90 days after their date of hire. Under the Saint-Gobain Benefits Program, an eligible employee may elect coverage for him/herself, as well as for any eligible spouse and dependent child(ren). Eligible employees may enroll in the Saint-Gobain Benefits Program or alter their flexible benefits elections during the annual reenrollment period. Flexible benefit elections shall continue during the plan year, absent a qualifying event. Dependent Verification must be provided for all covered dependents. Details of eligibility can be found in the SPDs.

  D. Employees who receive Short Term Disability benefits will continue to be insured for coverage's in which they were enrolled for a period of time equal to the length of time they receive benefits under the Short Term Disability Program. Employees will continue to be responsible for any contributions based

16



**SAINT-GOBAIN**

This Agreement supersedes and amends the Agreement between the Company and the Union for the period May 1, 2024 through April 30, 2027.

**IN WITNESS WHEREOF,** the parties have hereunto set their hands and seals on the day and year first above written.

**Saint-Gobain Abrasives**

Robert F. Cohen, Senior Director
SGCNA Labor Relations

Virginia Englert, HR Manager

1-7
0-6    9/27/24

**United Steelworkers, AFL-CIO-CLC**

David R. McCall
President

John Shinn
International Secretary – Treasurer

Emil Ramirez
Vice President, Administration

Kevin Mapp
Vice President, Human Affairs

David M. Waslura
Director, District 4

Rick Sauer
Staff Representative
**Local Committee**

Frank Volks
President Local 17

Richard Hennessy
Vice President

John A. Fecura
Financial Officer

Justin Oreshan
Recording Secretary

9

# EXHIBIT 2



SAINT-GOBAIN

March 2, 2026

Dear Saint-Gobain Retiree,

We hope this letter finds you well. We understand how important stable, affordable health care coverage is, especially during retirement. As part of our ongoing commitment to provide comprehensive health care to you and your eligible dependent(s), we would like to share important information about an upcoming change we are making to your post-65 retiree medical coverage and Retiree Reimbursement Account (RRA), and the support you will receive during this transition.

If you or your eligible dependent(s) are under age 65, coverage will continue to be provided through Saint-Gobain's current plans until such time as you become 65 years of age (Medicare eligible).

## Why Is Saint-Gobain Making This Change?

Saint-Gobain is committed to providing quality health care coverage that provides flexibility and choice. To deliver greater options and personalized support, we are transitioning from our current retiree health care program, offered through Aetna and UnitedHealthcare Medicare Advantage plans, to a private Medicare marketplace that provides additional plan options and carriers to best meet your needs. Saint-Gobain has selected Via Benefits marketplace to provide health care coverage effective June 1, 2026. Via Benefits is the largest and most experienced private Medicare marketplace, serving over 2.3 million retirees.

To ensure you have the ability to purchase optimal coverage, Saint-Gobain will contribute $2,500 per person each year, for you and each enrolled Medicare eligible dependent, into a single, joint Health Reimbursement Arrangement (HRA) that you can use together to purchase the Medicare Advantage, Medicare Supplement (Medigap), or Part D plan that best meets your needs. This account will replace both your current Medicare Advantage plan and your annually funded Retiree Reimbursement Account (RRA) effective June 1, 2026.

Your Health Reimbursement Arrangement (HRA) funds are a tax-free arrangement funded annually with any unused funds rolling over year to year. The HRA funds can be used to reimburse you the cost of your medical premiums along with dental, vision and certain eligible medical expenses, if you desire. We believe this partnership with Via Benefits marketplace, with its large offering of plans and carriers, will provide flexibility and choice while more effectively managing the rising cost of health care.

## What is Changing?

Effective June 1, 2026:

- Saint-Gobain's current **group Medicare Advantage coverage** for post-65 retirees and eligible dependent(s) will end on **May 31, 2026.**
- Your annual **Retiree Reimbursement Account (RRA) and related yearly reimbursement account funding will be replaced with an annually-funded Health Reimbursement Arrangement (HRA)** administered through Via Benefits.
- Saint-Gobain will contribute **$2,500 per year for you and $2,500 per year for your Medicare-eligible dependents**, deposited into **one combined HRA** that you may use together.
- You will select and enroll in individual Medicare coverage through the Via Benefits marketplace.

SAINT-GOBAIN NORTH AMERICA
20 Moores Road • 19355 • Malvern • United States • (610) 893-6000 • www.saint-gobain-northamerica.com

If your eligible dependent(s) are under age 65, their coverage will continue to be provided through Saint-Gobain's current plans until such time as they become 65 years of age (Medicare eligible). They will receive communication from Via Benefits 12 months before they turn 65.  At age 65, they will become eligible for Medicare plans in the Via Benefits marketplace and the annual HRA funding -- prorated the first year of enrollment.

## How does the Health Reimbursement Arrangement (HRA) work?

Every year, Saint-Gobain will provide $2,500 in funding for a Health Reimbursement Arrangement (HRA) to help reimburse you and your eligible dependent(s), age 65 or older, for your retiree medical coverage. All reimbursements from your HRA will be made conveniently to the bank account you set up with your profile. For 2026, you will receive the full $2,500 funding with no proration. **Please note, you must enroll in one of the Via Benefits marketplace medical plans between March 2 to May 31, 2026 to be eligible for the HRA** funding. Your new coverage will be effective on **June 1, 2026**. Enrolling by the deadline ensures your health care coverage continues without interruption.

If you and your eligible dependent(s) are Medicare eligible, you will have one HRA -- funded annually with $2,500 each. Individually you may choose a plan that best meets your needs and can use the purchasing power of a combined HRA to do so. This allows you to maximize your reimbursements for both insurance premiums and out-of-pocket costs.

Any unused HRA funds automatically roll over to the next year, so your balance can grow as long as you remain enrolled in a plan. If you or your eligible dependent(s) is under age 65, their HRA funding will be prorated for the year based on when they turn 65.  Subsequent annual funding will be at the full $2,500.

If your current medical premiums are directly deducted monthly from your Saint-Gobain pension benefit or your **Mass Mutual pension payments, these automatic deductions will stop as of June 1, 2026.** Starting on that date, you will need to pay your insurance premiums directly to your chosen insurance carrier in the marketplace and submit for reimbursement through your HRA. **You will submit your claims through Via Benefits marketplace.**

## How will I choose a medical plan?

**Via Benefits offers personalized, one-on-one support** to help you find Medicare coverage that fits your individual needs and budget. Through the Via Benefits marketplace, you will be able to **choose from a wide range of options,** including:

- Medicare Advantage (Part C)
- Medicare Supplement (Medigap)
- Medicare Part D prescription drug
- Medicare Part A and B
- Vision and Dental coverage
- Copays, deductibles, coinsurance
- Optional protection plans such as hospital indemnity and hearing aid coverage

With more than 20 years of experience, **Via Benefits provides trusted guidance through licensed benefit advisors at no cost to you.** The advisors will help you understand your options and support you every step of the way, from evaluating plans to enrolling with confidence. Saint-Gobain will continue our commitment to

2


SAINT-GOBAIN

subsidizing your retiree medical coverage through the annual funding of your Health Reimbursement Arrangement (HRA).

### What's Next?

| | |
|---|---|
| Via Benefits Guide | Review the **Introducing Via Benefits Guide** arriving at your home in early March, which will give you more information on what to expect and how to prepare. |
| Live Virtual Education Webinar | Attend a live virtual education webinar.<br>• Tuesday, March 17, 2026, at 10:00 a.m. E.T.<br>• Thursday, March 19, 2026, at 2:00 p.m. E.T.<br>• Wednesday, March 25, 2026, at 10:00 a.m. E.T.<br>Register at: **my.viabenefits.com/Saint-Gobain**. A recorded session will be posted on my.viabenefits.com/Saint-Gobain website following the sessions for you to view at your convenience. |
| Enrollment Period<br>**March 2 – May 31, 2026** | Visit the Via Benefits website, **my.viabenefits.com/Saint-Gobain**, to create a profile and add your providers, prescription drugs, and pharmacy to help find the best plan for you. Add your email address and update your preferences.<br>• Watch informational videos available on the website and register to attend a live virtual education webinar.<br>Call Via Benefits at **1-833-858-5115**, 8:00 a.m. to 7:00 p.m E.T., Monday through Friday, to complete your Medicare Assessment<br>• Schedule your enrollment appointment with a licensed benefit advisor during your assessment on **my.viabenefits.com/Saint-Gobain**.<br><br>The personal information you share with Via Benefits is confidential. |
| During the Enrollment Period or Eligibility Window | Call at your scheduled enrollment appointment time to complete your enrollment with a licensed benefit advisor or enroll online. **You must actively enroll to receive retiree coverage and to qualify for your HRA effective June 1, 2026.**<br>Following your enrollment, you will receive your **Selection Confirmation Letter** and the **Reimbursement Guide** with instructions for submitting claims, including the reimbursement of your plan premiums in early May. |
| New Coverage Begins<br>June 1, 2026 | Review your **Reimbursement Guide** from Via Benefits. This will assist you in requesting and managing your reimbursements for premiums and eligible expenses paid.<br>• Remember to set up direct deposit if you have not already done so.<br>• Watch the informational funding video on the website. |
| Annual Enrollment<br>October 15 – December 7, 2026 | You will have the opportunity to participate in Via Benefits Annual Enrollment each year, which aligns with Annual Medicare Open Enrollment. You can review your plan options, compare costs and coverage, and make changes if you choose. Via Benefits will provide personalized support, updated plan information, and tools to help you evaluate your options. |

Questions and Support



SAINT-GOBAIN

Via Benefits will be your first point of contact for any questions you may have including plan comparisons, enrollment, HRA questions, premiums, ID cards etc. We also encourage you to use the resources, tools, and support available to you online to learn about the Medicare supplemental plans available to you. You can visit the website at **my.viabenefits.com/Saint-Gobain** at any time or call Via Benefits at **1-833-858-5115** 8:00 a.m. to 7:00 p.m. E.T., Monday through Friday.

The Saint-Gobain Benefits Service Center will continue to support your pre-65 dependent(s) with questions on their health care coverage, billing, ID cards, etc. You can visit the website at **www.sgcbenefits.com** at any time or call 1-844-458-7424, 8:00 a.m. to 5:00 p.m, E.T., Monday through Friday.

## In Closing

We are here to support you through this transition and are pleased to join many other companies in offering access to Via Benefits marketplace. This change will provide you with **greater choice, personalized support,** and flexibility in managing your health care needs.

Sincerely,

Saint-Gobain Total Rewards Team



SAINT-GOBAIN

# EXHIBIT 3



**SAINT-GOBAIN**

March 2, 2026

Dear Saint-Gobain Employee,

We hope this letter finds you well. Our records indicate that you may be eligible to participate in the Saint-Gobain retiree health plan when you retire. As we introduce updates to our retiree medical benefits, we want to ensure you have the information you need to make informed decisions when the time comes. Please note that these changes do not affect your current health coverage or the pre-65 retiree health plan coverage.

## Why Is Saint-Gobain Making This Change?

Saint-Gobain is committed to providing quality health care coverage that provides flexibility and choice. To deliver **greater options and personalized support**, we are transitioning from our current retiree health care program, offered through Aetna and UnitedHealthcare Medicare Advantage plans, to a private Medicare marketplace that provides additional plan options and carriers to best meet your needs. Saint-Gobain has selected the Via Benefits marketplace to provide health care coverage effective June 1, 2026. **Via Benefits is the largest and most experienced private Medicare marketplace, serving over 2.3 million retirees.**

After your retirement, once you or your eligible dependents turn 65, you will have the ability to purchase optimal coverage through Via Benefits. Saint-Gobain will contribute **$2,500 per person each year**, for you and each enrolled Medicare eligible dependent, into a **single, joint Health Reimbursement Arrangement (HRA)** that you can use together to purchase the Medicare Advantage, Medicare Supplement (Medigap), or Part D plan that best meets your needs. Your HRA funds are a tax-free arrangement funded annually with any unused funds rolling over year to year. The HRA funds can be used to reimburse you the cost of your medical premiums along with dental, vision and certain eligible medical expenses, if you desire. We believe this partnership with Via Benefits marketplace, with its large offering of plans and carriers, will provide flexibility and choice while more effectively managing the rising cost of health care.

## What is Changing?

Effective June 1, 2026, Saint-Gobain will transition the post-65 retiree health care coverage to **Via Benefits marketplace and provide you and your eligible dependent(s) with an HRA to reimburse you for insurance premiums and out of pocket costs.** The current Saint-Gobain group health plan for post-65 Medicare-eligible retirees and their dependent(s) will end on May 31, 2026. Pre-65 coverage will continue to be provided through Saint-Gobain's current plans until such time as you or your eligible dependents become 65 (Medicare eligible). At age 65, you will become eligible for Medicare plans in the Via Benefits marketplace and the annual HRA funding – prorated the first year of your enrollment based on the month you turn 65. Via Benefits will begin communicating with you 12 months before you turn 65 to support you through the transition.

## How does the Health Reimbursement Arrangement (HRA) work?

Every year, Saint-Gobain will provide $2,500 in funding for a Health Reimbursement Arrangement (HRA) to help reimburse you and your eligible dependent(s), age 65 or older, for your retiree medical coverage. All reimbursements from your HRA will be made conveniently to the bank account you set up with your profile.

When you and your eligible dependent(s) are Medicare eligible, you will have one HRA – funded annually with $2,500 each. Individually you may choose a plan that best meets your needs and can use the purchasing power of a combined HRA to do so. This allows you to maximize your reimbursements for both insurance premiums and out-of-pocket costs.

SAINT-GOBAIN NORTH AMERICA
20 Moores Road • 19355 • Malvern • United States • (610) 893-6000 • www.saint-gobain-northamerica.com

To qualify for the HRA and access the funds, you and your eligible dependent(s) must enroll in a Medicare medical plan through Via Benefits within 60 days of your loss of your current group coverage and/or date of retirement.

Any unused HRA funds automatically roll over to the next year, allowing your balance to grow as long as you remain enrolled in a plan

### How will I choose a medical plan?

Via Benefits offers personalized, one-on-one support to help you find Medicare coverage that fits your individual needs and budget. Through the Via Benefits marketplace, you will be able to choose from a wide range of options, including:

- Medicare Advantage (Part C)
- Medicare Supplement (Medigap)
- Medicare Part D prescription drug
- Medicare Part A and B
- Vision and Dental coverage
- Copays, deductibles, coinsurance
- Optional protection plans such as hospital indemnity and hearing aid coverage

With more than 20 years of experience, **Via Benefits provides trusted guidance through licensed benefit advisors at no cost to you.** The advisors will help you understand your options and support you every step of the way, from evaluating plans to enrolling with confidence. Saint-Gobain will continue our commitment to subsidizing your retiree medical coverage through the annual funding of your Health Reimbursement Arrangement.

The Saint-Gobain Benefits Service Center will continue to support you and your eligible dependent(s) with questions on health care coverage, billing, ID cards, etc. You can visit the website at www.sgcbenefits.com at any time or call 1-844-458-7424, 8:00 a.m. to 5:00 p.m. E.T., Monday through Friday.

### Additional Opportunities to Learn More

Attend the following 1 Hour live virtual information sessions with **Via Benefits**

- Tuesday, March 31, 2026, at 10:00 a.m. EST

### Register to join at: my.viabenefits.com/Saint-Gobain

If you are unable to attend an information session, a recorded session will be posted on the website for you to view at your convenience.

### In Closing

No action is needed from you currently.  We simply want to inform you of this transition to the Via Benefits marketplace which will provide you and your eligible dependents with **greater choice, personalized support, and flexibility** in managing your health care needs upon your retirement when you turn 65.



SAINT-GOBAIN

Upon notification of your retirement, your local Human Resources on team will verify your eligibility to participate in the Saint Gobain retiree health care program.

Sincerely,

Saint Gobain Total Rewards Team

SAINT-GOBAIN

# EXHIBIT 4

**UNITED STEELWORKERS**

# USW
UNITY AND STRENGTH FOR WORKERS

## GRIEVANCE REPORT
FOR THE UNION ONLY

DATE 3/30/2026

LOCAL NUMBER 17

GRIEVANCE NUMBER 2026-01

MEMBER'S NAME Local 17

CLOCK NUMBER

COMPANY Saint-Gobain

DEPARTMENT ALL

SUPERVISOR Benjamin Towne

WHEN DID GRIEVANCE OCCUR? DATE (on or about) 3/2/2026    TIME

GRIEVANCE REPORTED BY USW International Union

**COMPLAINT** The Union charges the Company with a specific violation of Article (s) _Article X_
_Section 3_ and any other provisions of the Agreement that may be found to apply.

STATE WHAT HAPPENED: Company Not abiding by Article X. Section 3.

**REMEDY REQUESTED** Company To cease and desist and abide by the labor agreement.

plus the Union demands that the Company cease and desist from violating the Collective Bargaining Agreement, that the incident(s) be rectified, that proper compensation, including benefits and overtime, at the applicable rate of pay, be paid for all losses; and further that those affected be made whole in every respect.

SIGNATURE FOR THE UNION

SIGNATURE FOR THE COMPANY

SIGNATURE FOR THE UNION

SIGNATURE FOR THE COMPANY

**FIRST STEP**

DATE SUBMITTED

STEWARD

ANSWER

SETTLEMENT SATISFACTORY: YES☐ NO☐
DATE

SIGNATURE OF CO. OFFICIAL

**SECOND STEP**

DATE SUBMITTED

STEWARD

ANSWER

SETTLEMENT SATISFACTORY: YES☐ NO☐
DATE

SIGNATURE OF CO. OFFICIAL

**THIRD STEP**

DATE SUBMITTED 4/13/2026

STEWARD

ANSWER The Company position is that there is no violation of CBA agreement.

SETTLEMENT SATISFACTORY: YES☐ NO☒
DATE 4/13/2026

SIGNATURE OF CO. OFFICIAL

**FOURTH STEP**

DATE SUBMITTED

STEWARD

ANSWER

SETTLEMENT SATISFACTORY: YES☐ NO☐
DATE

SIGNATURE OF CO. OFFICIAL

**ARBITRATION**

DATE SUBMITTED TO ARBITRATION

NAME OF ARBITRATOR

DECISION OF ARBITRATOR (attach copy)

DATE

Form 122 Grievance Report Rev emd 5.21.13

white copy - COMPANY • canary copy - CHIEF STEWARD • pink copy - LOCAL UNION

# EXHIBIT 5

| | Count of AppSsn |
|---|---|
| | 27 |
| Attempted | 2 |
| Bad Phone Number | 1 |
| Deceased | 47 |
| | 1 |
| Has a Future Appointment | 19 |
| Interested But Not Ready To Purchase | 1 |
| N/A | 9 |
| No Contact Attempt | 4 |
| Not Enrolling Through Via Benefits | 111 |
| Grand Total | |

031226   031926   032626   040226   040826   041526   042226   042926

Karborno, Christine