IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STEEL, PAPER AND
FORESTRY, RUBBER,
MANUFACTURING, ENERGY, ALLIED
INDUSTRIAL AND SERVICE WORKERS
INTERNATIONAL UNION, ALF-CIO,
CLC,

                Plaintiff,

    v.

SAINT-GOBAIN NORTH AMERICA;
SAINT-GOBAIN PERFORMANCE
PLASTICS; SAINT-GOBAIN ABRASIVES;
SAINT-GOBAIN CERMAICS &
PLASTICS; AND CORHART
REFRACTORIES,

                Defendants.

CIVIL ACTION
NO. 26-3077

## ORDER

**AND NOW**, this 28th day of May 2026, upon consideration of Plaintiff's Motion for a Preliminary Injunction (Doc. No. 2), Plaintiff's Motion for a Temporary Restraining Order (Doc. No. 11), and Defendants' Response in Opposition to Plaintiff's Motions (Doc. No. 15), and in accordance with the reasons stated in the Opinion issued on this day, it is **ORDERED** that the Motions (Doc. Nos. 2, 11) are **DENIED**.

BY THE COURT:

KAI N. SCOTT, J.