IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, ALF-CIO, CLC,<br><br>       Plaintiff,<br><br>  v.<br><br>SAINT-GOBAIN NORTH AMERICA; SAINT-GOBAIN PERFORMANCE PLASTICS; SAINT-GOBAIN ABRASIVES; SAINT-GOBAIN CERMAICS & PLASTICS; AND CORHART REFRACTORIES,<br><br>    Defendants. | CIVIL ACTION<br><br>NO. 26-3077 |

## **ORDER**

**AND NOW**, this 4th day of June 2026, upon consideration of the Joint Stipulation of Voluntary Dismissal (Doc. No. 20), it is **ORDERED** that the above-captioned case is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The Clerk of Court shall close this case and any open Motions for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky

_____
JOEL H. SLOMSKY, J.